# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Joyce Ann Nixon,

    Plaintiff,

        v.                                     Case No. 1:11cv784

United States Postal Service, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 19, 2012 (Doc. 11).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Defendants' Motion for Partial Dismissal (Doc. 7) is **GRANTED**.  All claims against Defendants United States Postal Service and its employee, Jody Edwards, are **DISMISSED**.  Postmaster General, Patrick Donahoe, is substituted as the proper Defendant in this matter.

    **IT IS SO ORDERED.**

                                              *S/Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge