# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Joyce Nixon,                                                Case No.      1:11cv784
         Plaintiff

vs.

                                                     Barrett, J.; Bowman, M..J.

United States Postal Service, et al.,
        Defendants.

## ORDER

        The parties are ORDERED to file a Joint Rule 26 (f) Report by May 15, 2012.  If pro se Plaintiff does not participate in these negotiations with opposing counsel, she is ordered to show cause, in writing and by May 15, 2012, why this action should not be dismissed for lack of prosecution.

                                         /s/ *Stephanie K. Bowman*
                                         United States Magistrate Judge